| | AUSA:  Louis F. Meizlish | Telephone:  (313) 980-2682 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer:  Christopher Salters | Telephone:  (313) 810-0179 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
   v.

Juan AGUILAR-VILLA

Case: 2:26−mj−30255
Assigned To : Unassigned
Description: CMP− USA V. AGUILAR−VILLA (CS)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 30, 2026 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Salters, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 4, 2026 _____

City and state:  Detroit, MI

*Judge's signature*

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

I, Christopher Salters, declare the following under penalty of perjury:

1. I am a deportation officer employed with Immigration and Customs Enforcement, part of the U.S. Department of Homeland Security, having served as a deportation officer since September 2025. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Juan Aguilar-Villa which reveal the following:

2. Juan Aguilar-Villa is a 33-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On October 4, 2013, the U.S. Border Patrol apprehended Aguilar-Villa in the Laredo, Texas, area. The Border Patrol processed Aguilar-Villa as an expedited removal.

4. On October 6, 2013, the government removed Aguilar-Villa to Mexico via Eagle Pass, Texas.

5. On January 18, 2023, police arrested Aguilar-Villa in Auburn Hills, Mich., for driving while license not valid. On April 18, 2023, Aguilar-Villa pleaded guilty to the driving offense and received a sentence of 10 days in jail and nine months of probation.

6. On April 25, 2023, ICE took custody of Aguilar-Villa upon his release from jail.

7. On May 9, 2023, the government again removed Aguilar-Villa and returned him to Mexico, this time via Brownsville, Texas.

8. On April 30, 2026, at approximately 8 a.m., an immigration task force performed a traffic stop on a vehicle in Rochester Hills, in the Eastern District of Michigan. Officers approached the vehicle, identified themselves, and positively identified Aguilar-Villa as the driver and Individual A as the passenger. Officers determined both subjects lacked authorization to be or remain in the United States. Officers placed both subjects in custody.

9. Immigration authorities reinstated Aguilar-Villa's prior removal order during processing.

10.    The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections

1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

11.     On or about April 30, 2026, ICE officers reviewed immigration file records and DHS electronic records, which revealed Aguilar-Villa had the foregoing immigration history, and that he did not obtain the express consent of the attorney general or the secretary of homeland security to reapply for admission to the United States.

12.     Based on the above information, I believe there is probable cause to conclude that Jose Aguilar-Villa unlawfully reentered the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Christopher Salters, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_Elizabeth A. Stafford_

Honorable Elizabeth Stafford
United States Magistrate Judge

5/4/2026